| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-24822 / CMG**

Carmen L. Constantinople, Jr.
Donna M. Constantinople

Petition Filed Date: 07/31/2019
341 Hearing Date: 08/29/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2019 | $300.00 | 61377760 | 09/30/2019 | $300.00 | 62067580 | 10/10/2019 | $300.00 | 62442240 |
| 11/04/2019 | $300.00 | 62983100 | 12/03/2019 | $300.00 | 63696010 | | | |

**Total Receipts for the Period:  $1,500.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carmen L. Constantinople, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S THOMAS ESQ<br>»» AMD DISCLOSURE 12/5/19 | Attorney Fees<br>No Disbursements: No Check | $2,600.00 | $0.00 | $2,600.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,325.25 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,600.52 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $745.37 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $14.72 | $0.00 | $0.00 |
| 5 | TD BANK USA NA | Unsecured Creditors | $7,896.52 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $661.72 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,834.83 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,948.01 | $0.00 | $0.00 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,731.03 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,251.09 | $0.00 | $0.00 |
| 11 | TD RETAIL CARD SERVICES | Unsecured Creditors | $924.37 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,325.80 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $1,401.64 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $4,857.46 | $0.00 | $0.00 |
| 15 | BANK OF AMERICA | Unsecured Creditors | $3,111.39 | $0.00 | $0.00 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $1,343.81 | $0.00 | $0.00 |
| 17 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $2,357.54 | $0.00 | $0.00 |
| 18 | TD BANK, N.A. | Unsecured Creditors | $2,014.32 | $0.00 | $0.00 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $687.23 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-24822 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,002.21 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $1,264.53 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $747.69 | $0.00 | $0.00 |
| 23 | PNC Bank National Association<br>»» 23 PONOMA DR/1ST MTG | Mortgage Arrears | $1,376.67 | $0.00 | $0.00 |
| 24 | Citibank, NA<br>»» BEST BUY VISA | Unsecured Creditors | $2,763.56 | $0.00 | $0.00 |
| 25 | Citibank, NA<br>»» SEARS GOLD MC | Unsecured Creditors | $2,236.77 | $0.00 | $0.00 |
| 26 | Citibank, NA<br>»» HOME DEPOT | Unsecured Creditors | $1,082.90 | $0.00 | $0.00 |
| 27 | Citibank, NA<br>»» SEARS CARD | Unsecured Creditors | $1,124.64 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP LLC<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $2,237.57 | $0.00 | $0.00 |
| 29 | Citibank, NA<br>»» WAWA INC | Unsecured Creditors | $443.36 | $0.00 | $0.00 |
| 30 | PNC Bank National Association | Unsecured Creditors | $1,564.88 | $0.00 | $0.00 |
| 31 | PNC Bank National Association | Unsecured Creditors | $10,987.75 | $0.00 | $0.00 |
| 32 | PNC Bank National Association<br>»» P/23 POMONA DR/2ND MTG | Mortgage Arrears | $408.88 | $0.00 | $0.00 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $1,146.52 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $1,159.58 | $0.00 | $0.00 |
| 35 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $670.84 | $0.00 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» EVINE LIVE | Unsecured Creditors | $408.95 | $0.00 | $0.00 |
| 37 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2018 NIS ROGUE/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |
| 38 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2016 NIS ROGUE/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |
| 39 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2017 NIS ALTIMA/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,100.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $108.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,992.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**