Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24822−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carmen L. Constantinople Jr.　　　　　　　　Donna M. Constantinople
23 Pomona Drive　　　　　　　　　　　　　　23 Pomona Drive
Barnegat, NJ 08005　　　　　　　　　　　　　Barnegat, NJ 08005

Social Security No.:
xxx−xx−2947　　　　　　　　　　　　　　　xxx−xx−1014

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 18, 2020.

On February 5, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:　　　　　　March 3, 2021
Time:　　　　　　10:00 AM
Location:　　　　Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 5, 2021
JAN: mrg

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24822-CMG |
| Carmen L. Constantinople, Jr. | Chapter 13 |
| Donna M. Constantinople | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 05, 2021 | Form ID: 185 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carmen L. Constantinople, Jr., Donna M. Constantinople, 23 Pomona Drive, Barnegat, NJ 08005-2511 |
| 518380776 | + | ADS/Comenity/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 518380778 | + | ADS/Comenity/Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518380779 | #+ | American Express, PO Box 8218, Mason, OH 45040-8218 |
| 518470238 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518380780 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 518466987 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518380781 | + | Buena Vista Township Tax Collector, 890 Harding Highway, Buena, NJ 08310-1534 |
| 518380783 | + | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518470244 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518499565 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518380790 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, PO Box 8218, Mason, OH 45040 |
| 518380787 | + | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518417930 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518435418 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518550298 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518380791 | + | Nissan Motor Acceptance, PO Box 660360, Dallas, TX 75266-0360 |
| 518380792 | + | PNC Bank, 103 Bellevue Parkway, Wilmington, DE 19809-3701 |
| 518405044 | + | PNC Bank, National Association, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518380794 | + | Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518475820 | + | TD Bank, N.A., c/o Janelly Landa, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518471906 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz & Hertzel, 950 New Loudon Rd, Suite 109, Latham, NY 12110-2190 |
| 518380801 | + | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 518461678 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518380802 | | TDRCS/Raymour & Flanigan, 10000 MacArthur Boulevard, Mahwah, NJ 07430 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2021 22:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2021 22:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518380777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 22:14:00 | ADS/Comenity/Ulta, PO Box 182789, Columbus, OH 43218-2789 |

Case 19-24822-CMG    Doc 43    Filed 02/07/21    Entered 02/08/21 00:19:41    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 185 | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518380783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2021 00:09:41 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518380782 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 06 2021 00:07:27 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518452611 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 06 2021 00:09:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518499565 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 23:38:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518380785 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 22:14:00 | Comenity - HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 518380786 | | Email/Text: mrdiscen@discover.com | Feb 05 2021 22:12:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 518380790 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 23:40:32 | Macys, PO Box 8218, Mason, OH 45040 |
| 518493705 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 22:14:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518400435 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2021 22:13:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518394487 | | Email/Text: mrdiscen@discover.com | Feb 05 2021 22:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518380787 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 23:53:53 | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518380784 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 06 2021 00:07:15 | Chase, PO Box 15369, Wilmington, DE 19850 |
| 518380789 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2021 22:12:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518496658 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 22:12:00 | PNC BANK, NATIONAL ASSOCATION, PO BOX 94982, CLEVELAND, OH 44101 |
| 518496655 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 22:12:00 | PNC BANK, NATIONAL ASSOCATION, PO BOX 94982, CLEVLAND, OH 44101 |
| 518380793 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 22:12:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 518502985 | + | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 22:12:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101-4982 |
| 518503611 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518504244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Evine Live, POB 41067, Norfolk VA 23541 |
| 518494724 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518494504 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518503601 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2021 09:40:51 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518504159 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 22:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518499567 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 22:14:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518380794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 23:54:45 | Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518380795 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:52:51 | Syncb/Amazon, PO Box 965015, Orlando, FL |

Case 19-24822-CMG    Doc 43    Filed 02/07/21    Entered 02/08/21 00:19:41    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 185 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5015 |
| 518380796 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:52:51 | Syncb/Evine, PO Box 965005, Orlando, FL 32896-5005 |
| 518380797 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:37:49 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 518386543 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:37:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518380798 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:37:49 | Synchrony Bank/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 518380799 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 23:37:35 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518380800 | | Email/Text: bankruptcy@td.com | Feb 05 2021 22:14:00 | TD Bank, PO Box 84037, Columbus, GA 31908 |
| 518406717 | + | Email/Text: bncmail@w-legal.com | Feb 05 2021 22:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518380788 | *+ | Internal Revenue Service, PO Box 9012, Holtzville, NY 11742-9012 |
| 518439426 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian S. Thomas | on behalf of Debtor Carmen L. Constantinople Jr. brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Donna M. Constantinople brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: 185 | Total Noticed: 56 |

Jill Manzo
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor PNC Bank  National Association rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7