| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-24822 / CMG**

Carmen L. Constantinople, Jr.  
Donna M. Constantinople

Petition Filed Date: 07/31/2019  
341 Hearing Date: 08/29/2019  
Confirmation Date: 05/06/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $300.00 | 64412540 | 02/04/2020 | $300.00 | 65230240 | 03/02/2020 | $300.00 | 65964000 |
| 04/06/2020 | $300.00 | 66891360 | 05/04/2020 | $300.00 | 67549550 | 05/29/2020 | $300.00 | 68216790 |
| 06/30/2020 | $300.00 | 69034410 | 08/03/2020 | $300.00 | 69788800 | 08/31/2020 | $300.00 | 70507620 |
| 10/02/2020 | $300.00 | 71239530 | 11/02/2020 | $300.00 | 71973870 | 12/02/2020 | $300.00 | 72751400 |
| 12/30/2020 | $300.00 | 73391390 | 02/08/2021 | $300.00 | 74380640 | | | |

**Total Receipts for the Period: $4,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Carmen L. Constantinople, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S THOMAS ESQ<br>»» AMD DISCLOSURE 12/5/19 | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,325.25 | $0.00 | $5,325.25 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,600.52 | $0.00 | $3,600.52 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $745.37 | $0.00 | $745.37 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $14.72 | $0.00 | $14.72 |
| 5 | TD BANK USA NA | Unsecured Creditors | $7,896.52 | $0.00 | $7,896.52 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $661.72 | $0.00 | $661.72 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,834.83 | $0.00 | $3,834.83 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,948.01 | $0.00 | $5,948.01 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,731.03 | $0.00 | $1,731.03 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,251.09 | $0.00 | $8,251.09 |
| 11 | TD RETAIL CARD SERVICES | Unsecured Creditors | $924.37 | $0.00 | $924.37 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,325.80 | $0.00 | $4,325.80 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $1,401.64 | $0.00 | $1,401.64 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $4,857.46 | $0.00 | $4,857.46 |
| 15 | BANK OF AMERICA | Unsecured Creditors | $3,111.39 | $0.00 | $3,111.39 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $1,343.81 | $0.00 | $1,343.81 |
| 17 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $2,357.54 | $0.00 | $2,357.54 |
| 18 | TD BANK, N.A. | Unsecured Creditors | $2,014.32 | $0.00 | $2,014.32 |

**Chapter 13 Case No. 19-24822 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $687.23 | $0.00 | $687.23 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,002.21 | $0.00 | $1,002.21 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/TJX | Unsecured Creditors | $1,264.53 | $0.00 | $1,264.53 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $747.69 | $0.00 | $747.69 |
| 23 | PNC Bank National Association<br>»»  P/23 PONOMA DR/1ST MTG | Mortgage Arrears | $1,376.67 | $1,212.10 | $164.57 |
| 24 | Citibank, NA<br>»»  BEST BUY VISA | Unsecured Creditors | $2,763.56 | $0.00 | $2,763.56 |
| 25 | Citibank, NA<br>»»  SEARS GOLD MC | Unsecured Creditors | $2,236.77 | $0.00 | $2,236.77 |
| 26 | Citibank, NA<br>»»  HOME DEPOT | Unsecured Creditors | $1,082.90 | $0.00 | $1,082.90 |
| 27 | Citibank, NA<br>»»  SEARS CARD | Unsecured Creditors | $1,124.64 | $0.00 | $1,124.64 |
| 28 | QUANTUM3 GROUP LLC<br>»»  ULTAMATE REWARDS MC | Unsecured Creditors | $2,237.57 | $0.00 | $2,237.57 |
| 29 | Citibank, NA<br>»» WAWA INC | Unsecured Creditors | $443.36 | $0.00 | $443.36 |
| 30 | PNC Bank National Association | Unsecured Creditors | $1,564.88 | $0.00 | $1,564.88 |
| 31 | PNC Bank National Association | Unsecured Creditors | $10,987.75 | $0.00 | $10,987.75 |
| 32 | PNC Bank National Association<br>»»  P/23 POMONA DR/2ND MTG | Mortgage Arrears | $408.88 | $360.00 | $48.88 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $1,146.52 | $0.00 | $1,146.52 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $1,159.58 | $0.00 | $1,159.58 |
| 35 | QUANTUM3 GROUP LLC<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $670.84 | $0.00 | $670.84 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/EVINE LIVE | Unsecured Creditors | $408.95 | $0.00 | $408.95 |
| 37 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2018 NIS ROGUE/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 38 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2016 NIS ROGUE/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 39 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2017 NIS ALTIMA/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 40 | Buena Vista Township Tax Collector<br>»»  890 HARDING HGWY BUENA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | Buena Vista Township Tax Collector<br>»»  890 HARDING HGWY BUENA | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 42 | PNC Bank National Association<br>»»  P/23 POMONA DR/2ND MTG/PP ARREARS 11/2/20 ORD | Mortgage Arrears | $1,431.57 | $0.00 | $1,431.57 |
| 43 | PNC Bank National Association<br>»»  P/23 POMONA DR/2ND MTG/ATTY FEES 11/2/2 ORD | Mortgage Arrears | $531.00 | $370.26 | $160.74 |
| 44 | PNC Bank National Association<br>»»  P/23 POMONA DR/1ST MTG/POST-PET ORD 12/8/20 | Mortgage Arrears | $11,013.36 | $0.00 | $11,013.36 |
| 45 | PNC Bank National Association<br>»»  P/23 POMONA DR/1ST MTG/ATTY FEES 12/8/2 ORD | Mortgage Arrears | $681.00 | $474.84 | $206.16 |

**Chapter 13 Case No. 19-24822 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,700.00 | Plan Balance: | $27,475.00 ** |
| Paid to Claims: | $5,017.20 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $401.10 | Arrearages: | $0.00 |
| Funds on Hand: | $281.70 | Total Plan Base: | $33,175.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.