| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-24822 / CMG

Carmen L. Constantinople, Jr.
Donna M. Constantinople

Petition Filed Date: 07/31/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 05/06/2020

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/08/2021 | $300.00 | 74380640 | 03/08/2021 | $300.00 | 75061300 | 04/05/2021 | $625.00 | 75766380 |
| 05/03/2021 | $625.00 | 76355620 | 06/01/2021 | $625.00 | 77009000 | 07/22/2021 | $625.00 | 78256940 |
| 08/20/2021 | $625.00 | 78890240 | 09/07/2021 | $625.00 | 79288220 | 10/21/2021 | $625.00 | 80282370 |
| 11/29/2021 | $625.00 | 81070080 | 01/04/2022 | $626.50 | 27356695942 | | | |

**Total Receipts for the Period: $6,226.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,626.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Carmen L. Constantinople, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S THOMAS ESQ<br>»» AMD DISCLOSURE 12/5/19 | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,325.25 | $0.00 | $5,325.25 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,600.52 | $0.00 | $3,600.52 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Crediors | $745.37 | $0.00 | $745.37 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $14.72 | $0.00 | $14.72 |
| 5 | TD BANK USA NA | Unsecured Creditors | $7,896.52 | $0.00 | $7,896.52 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $661.72 | $0.00 | $661.72 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $3,834.83 | $0.00 | $3,834.83 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,948.01 | $0.00 | $5,948.01 |
| 9 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,731.03 | $0.00 | $1,731.03 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $8,251.09 | $0.00 | $8,251.09 |
| 11 | TD RETAIL CARD SERVICES | Unsecured Creditors | $924.37 | $0.00 | $924.37 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $4,325.80 | $0.00 | $4,325.80 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $1,401.64 | $0.00 | $1,401.64 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $4,857.46 | $0.00 | $4,857.46 |
| 15 | BANK OF AMERICA | Unsecured Creditors | $3,111.39 | $0.00 | $3,111.39 |
| 16 | AMERICAN EXPRESS | Unsecured Creditors | $1,343.81 | $0.00 | $1,343.81 |
| 17 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $2,357.54 | $0.00 | $2,357.54 |
| 18 | TD BANK, N.A. | Unsecured Creditors | $2,014.32 | $0.00 | $2,014.32 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $687.23 | $0.00 | $687.23 |

**Chapter 13 Case No. 19-24822 / CMG**

| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,002.21 | $0.00 | $1,002.21 |
|---|---|---|---|---|---|
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/TJX | Unsecured Creditors | $1,264.53 | $0.00 | $1,264.53 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $747.69 | $0.00 | $747.69 |
| 23 | PNC Bank National Association<br>»» P/23 PONOMA DR/1ST MTG/ORDER 4/13/21 | Mortgage Arrears | $1,376.67 | $1,254.24 | $122.43 |
| 24 | Citibank, NA<br>»» BEST BUY VISA | Unsecured Creditors | $2,763.56 | $0.00 | $2,763.56 |
| 25 | Citibank, NA<br>»» SEARS GOLD MC | Unsecured Creditors | $2,236.77 | $0.00 | $2,236.77 |
| 26 | Citibank, NA<br>»» HOME DEPOT | Unsecured Creditors | $1,082.90 | $0.00 | $1,082.90 |
| 27 | Citibank, NA<br>»» SEARS CARD | Unsecured Creditors | $1,124.64 | $0.00 | $1,124.64 |
| 28 | QUANTUM3 GROUP LLC<br>»» ULTAMATE REWARDS MC | Unsecured Creditors | $2,237.57 | $0.00 | $2,237.57 |
| 29 | Citibank, NA<br>»» WAWA INC | Unsecured Creditors | $443.36 | $0.00 | $443.36 |
| 30 | PNC Bank National Association | Unsecured Creditors | $1,564.88 | $0.00 | $1,564.88 |
| 31 | PNC Bank National Association | Unsecured Creditors | $10,987.75 | $0.00 | $10,987.75 |
| 32 | PNC Bank National Association<br>»» P/23 POMONA DR/2ND MTG | Mortgage Arrears | $408.88 | $360.00 | $48.88 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/WALMART | Unsecured Creditors | $1,146.52 | $0.00 | $1,146.52 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,159.58 | $0.00 | $1,159.58 |
| 35 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $670.84 | $0.00 | $670.84 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/EVINE LIVE | Unsecured Creditors | $408.95 | $0.00 | $408.95 |
| 37 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2018 NIS ROGUE/LEASE/SV 4/21/21 | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 38 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2016 NIS ROGUE/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 39 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2017 NIS ALTIMA/LEASE | Debt Secured by Vehicle<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 40 | Buena Vista Township Tax Collector<br>»» 890 HARDING HGWY BUENA | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 41 | Buena Vista Township Tax Collector<br>»» 890 HARDING HGWY BUENA | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 42 | PNC Bank National Association<br>»» P/23 POMONA DR/2ND MTG/PP ARREARS 11/2/20 ORD | Mortgage Arrears | $1,431.57 | $431.34 | $1,000.23 |
| 43 | PNC Bank National Association<br>»» P/23 POMONA DR/2ND MTG/ATTY FEES 11/2/2 ORD | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 44 | PNC Bank National Association<br>»» P/23 POMONA DR/1ST MTG/POST-PET ORD 12/8/20 | Mortgage Arrears | $11,013.36 | $3,318.36 | $7,695.00 |
| 45 | PNC Bank National Association<br>»» P/23 POMONA DR/1ST MTG/ATTY FEES 12/8/2 ORD | Mortgage Arrears | $681.00 | $681.00 | $0.00 |
| 0 | BRIAN S THOMAS ESQ | Attorney Fees<br>Hold Funds: Pending Resolution | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 19-24822 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,626.50 | Plan Balance: | $19,373.50 ** |
| Paid to Claims: | $9,175.94 | Current Monthly Payment: | $625.00 |
| Paid to Trustee: | $854.53 | Arrearages: | $1,248.50 |
| Funds on Hand: | $1,596.03 | Total Plan Base: | $31,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**