# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>PNC Bank, National Association | CASE NO. 19-24822 CMG<br>CHAPTER 13<br>Judge: Christine M. Gravelle |
| In re:<br><br>Carmen L. Constantinople Jr.<br>Donna M. Constantinople | |

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 06/26/2005

I, Barbara Essman, employed as Authorized Signer by PNC BANK, NATIONAL ASSOCIATION, for PNC Bank, National Association, hereby certifies the following information:

Recorded on July 14, 2005 in Ocean County, Instrument No. 2005125360.

Property Address: 23 Pomona Dr. Barnegat Twp NJ 08005.

Mortgage Holder: PNC Bank, National Association

Mortgagor(s)/ Debtor(s): Carmen L. Constantinople Jr. Donna M. Constantinople

POST-PETITION PAYMENTS (Petition filed on July 31, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 11/02/2020 | | | | | - |
| | | To Suspense | $323.24 | 10/16/2020 | $323.24 |
| | | To Suspense | $323.24 | 11/03/2020 | $646.48 |
| | | To Suspense | $318.99 | 12/04/2020 | $950.35 |
| | | To Suspense | $308.12 | | $1,273.59 |
| $323.24 | 11/03/2020 | 11/2020 | From Suspense | 01/18/2021 | $950.35 |
| $318.99 | 12/03/2020 | 12/2020 | From Suspense | 01/24/2021 | $631.36 |
| $308.12 | 01/03/2021 | 01/2021 | From Suspense | 01/25/2021 | $323.24 |
| $326.31 | 02/03/2021 | 02/2021 | $326.31 | 02/19/2021 | $323.24 |
| $313.30 | 03/03/2021 | 03/2021 | From Suspense | 02/25/2021 | $9.94 |
| | | To Suspense | $313.30 | 03/05/2021 | $323.24 |
| | | To Suspense | $305.54 | 04/14/2021 | $628.78 |

| $305.54 | 04/03/2021 | 04/2021 | From Suspense | 05/24/2021 | $323.24 |
|---|---|---|---|---|---|
| $319.15 | 05/03/2021 | 05/2021 | From Suspense | 05/24/2021 | $4.09 |
| | | To Suspense | $312.11 | 05/28/2021 | $316.20 |
| | | To Suspense | $307.12 | 07/21/2021 | $623.32 |
| $312.11 | 06/03/2021 | 06/2021 | From Suspense | 07/27/2021 | $311.21 |
| $307.12 | 07/03/2021 | 07/2021 | From Suspense | 08/02/2021 | $4.09 |
| | | To Suspense | $317.53 | 08/20/2021 | $321.62 |
| | | To Suspense | $312.96 | 09/14/2021 | $634.58 |
| $317.53 | 08/03/2021 | 08/2021 | From Suspense | 09/29/2021 | $317.05 |
| $312.96 | 09/03/2021 | 09/2021 | From Suspense | 09/29/2021 | $4.09 |
| | | To Suspense | $302.21 | 10/29/2021 | $306.30 |
| | | To Suspense | $318.10 | 12/10/2021 | $624.40 |
| $302.31 | 10/03/2021 | 10/2021 | From Suspense | 12/22/2021 | $322.09 |
| $318.29 | 11/03/2021 | 11/2021 | From Suspense | 01/18/2022 | $3.80 |
| | | To Suspense | $318.10 | 01/21/2022 | $321.90 |
| $318.10 | 12/03/2021 | 12/2023 | From Suspense | 01/24/2022 | $3.80 |
| | | To Suspense | $302.07 | 03/04/2022 | $305.87 |
| $301.20 | 01/03/2022 | 01/2022 | From Suspense | 03/07/2022 | $4.67 |
| | | To Suspense | $315.00 | 04/21/2022 | $319.67 |
| $309.56 | 02/03/2022 | 02/2022 | From Suspense | 04/22/2022 | $10.11 |
| | | To Suspense | $310.00 | 05/13/2022 | $320.11 |
| $302.07 | 03/03/2022 | 03/2022 | From Suspense | 05/17/2022 | $18.04 |
| | | To Suspense | $313.06 | 08/08/2022 | $331.10 |
| | | To Suspense | $343.89 | 09/06/2022 | $674.99 |
| | | To Suspense | $248.20 | 09/19/2022 | $923.19 |
| $298.44 | 04/03/2022 | 04/2022 | From Suspense | 09/20/2022 | $624.75 |
| $314.18 | 05/03/2022 | 05/2022 | From Suspense | 09/20/2022 | $310.57 |
| $310.57 | 06/03/2022 | 06/2022 | From Suspense | 09/20/2022 | $0.00 |
| | | To Suspense | $375.04 | 09/27/2022 | $375.04 |
| $313.06 | 07/03/2022 | 07/2022 | From Suspense | 09/28/2022 | $61.98 |
| $323.26 | 08/03/2022 | | $0.00 | | $61.98 |
| $343.89 | 09/03/2022 | | $0.00 | | $61.98 |
| $375.04 | 10/03/2022 | | $0.00 | | $61.98 |
| $360.29 | 11/03/2022 | | $0.00 | | $61.98 |
| **Total Due: $7,954.63** | | **Total Received: $6,614.13** | | **Arrears: $1,340.50** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $323.26, 1 mo. X $343.89, 1 mo. X $375.04, 360.29
Arrears: $ 1,340.50

Each current monthly payment is comprised of:

    Principal & Interest:    $ 360.29
    R.E. Taxes:    $ _____
    Insurance:    $ _____
    Other:    $ _____    (Specify:___)
    TOTAL    $ 360.29

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change Filed: 11/10/2020, 12/08/2020, 01/08/2021, 02/09/2021
03/09/2021, 04/08/2021, 05/10/2021, 06/08/2021, 07/08/2021, 08/10/2021, 09/08/2021, 10/08/2021
11/10/2021, 12/10/2021, 01/10/2022, 02/08/2022, 03/08/2022, 04/08/2022, 05/10/2022, 06/08/2022
07/08/2022, 08/09/2022, 09/08/2022, 10/11/2022, 11/08/2022

PRE-PETITION ARREARS: $408.88

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11-29-2022

                                      _____
                                      Signature
                                      **Barbara Essman**
                                      **Authorized Signer**