**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: PNC Bank,
National Association

| | |
|---|---|
| In Re:<br>Carmen L. Constantinople Jr.<br>Donna M. Constantinople<br>Debtor (s) | Case No:  19-24822 CMG<br><br>Chapter:  13<br><br>Judge:  Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1.  I, Thomas Diruscio:

☐ Represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On 12/05/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Certification of Default
- Proposed Order
- Exhibits
- Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/05/2022                    /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Carmen L. Constantinople Jr.<br>23 Pomona Drive<br>Barnegat, NJ 08005<br>Donna M. Constantinople<br>23 Pomona Drive<br>Barnegat, NJ 08005 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brian Thomas Esq.<br>327 Central Avenue (VIA ECF)<br>Suite 103<br>Linwood, NJ 08221 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |