Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–24822–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carmen L. Constantinople Jr. | Donna M. Constantinople |
| 23 Pomona Drive | 23 Pomona Drive |
| Barnegat, NJ 08005 | Barnegat, NJ 08005 |

Social Security No.:
  xxx–xx–2947                                       xxx–xx–1014

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/4/23 at 09:00 AM

to consider and act upon the following:

*69* – Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 23 Pomona Drive, Barnegat, NJ, 08005. Fee Amount $ 181. filed by Creditor PNC Bank, National Association, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC Bank, National Association. Objection deadline is 12/19/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court