Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−24822−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carmen L. Constantinople Jr.  
23 Pomona Drive  
Barnegat, NJ 08005

Donna M. Constantinople  
23 Pomona Drive  
Barnegat, NJ 08005

Social Security No.:
xxx−xx−2947

xxx−xx−1014

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/19/23 at 09:00 AM

to consider and act upon the following:

*82* − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 23 POMONA DR, BARNEGAT TWP, NJ 08005. Fee Amount $ 181. filed by Creditor PNC BANK, NATIONAL ASSOCIATION, 37 Order on Motion For Relief From Stay) filed by Jill Manzo on behalf of PNC Bank, National Association. Objection deadline is 04/10/2023. (Attachments: # 1 Certification of Creditor Regarding Post Petition Payment History # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Manzo, Jill)

Dated: 4/11/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court