**BRIAN S. THOMAS, LLC**
**ATTORNEY AT LAW**
**327 Central Avenue - Suite 103**
**Linwood, New Jersey 08221**
**(609)601-6066 Telephone/(609)601-6061 Facsimile**
**Attorney for: Debtors**
**File No. N29970-BT**

| | |
|---|---|
| **In Re:** | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **CARMEN L. CONSTANTINOPLE, JR.**<br>**DONNA M. CONSTANTINOPLE** | Case No.  19-24822/CMG |
| Debtor(s) | **CERTIFICATION IN SUPPORT OF MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT CERTIFICATE AND CERTIFICATION IN SUPPORT OF DISCHARGE FOR DEBTOR** |

Donna M. Constantinople, of full age hereby certifies as follows:

(1) I am the debtor in the above-captioned matter. I filed a Chapter 13 with my husband on July 31, 2019.

(2) My Chapter 13 is now complete. I have taken the Financial Managememtn Class. My husband, Carmen Constantinople died on December 20, 2022 and cannot complete the Financial Management Class. Further, Carmen Constantinople cannot sign the Certification in Support of Discharge.

(3) I respectfully request the Court to enter an Order granting the Motion for Exemption from Financial Management Class as to Carmen Constantinople and waiving the requirement that he sign a Certification in Support of Discharge.

I certify that if any of the foregoing is willfully false I am subject.

April 12, 2023        /s/ Donna M. Constantinople
                    Donna M. Constantinople