| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive – Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>PNC BANK, NATIONAL ASSOCIATION<br>JILL A. MANZO, ESQ.<br>PN130<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>CARMEN L. CONSTANTINOPLE, JR. and DONNA M. CONSTANTINOPLE<br><br><br>Debtor(s). | Case No.: 19-24822 CMG<br><br>Chapter: 13<br><br>Hearing Date: May 17, 2023<br><br>Judge: Honorable Christine M. Gravelle |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.    ☐ Withdrawn.

Matter: <u>Creditor's Certification of Default re: 23 Pomona Dr, Barnegat Twp, NJ 08005, Document Number 82.</u>

Date: April 28, 2023                     /S/ JILL A. MANZO, ESQ.
                                          Jill A. Manzo, Esq.