UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive – Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
PNC BANK, NATIONAL ASSOCIATION
JILL A. MANZO, ESQ.
PN130
bankruptcy@fskslaw.com

| In Re:<br><br>CARMEN L. CONSTANTINOPLE, JR. and DONNA M. CONSTANTINOPLE<br><br>  Debtor(s). | Case No.: 19-24822 CMG<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: May 17, 2023<br><br>Judge: Honorable Christine M. Gravelle |
|---|---|

**CERTIFICATION OF SERVICE**

1.  I, Kelly Mastandrea:

    ☐ represent the _____ in this matter.

    ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, PC, who represents the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION in this matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On April 28, 2023, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a.  ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BRIAN S. THOMAS<br>BRIAN S. THOMAS, ESQ.<br>327 CENTRAL AVENUE<br>SUITE 103<br>LINWOOD, NJ 08221 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>CHAPTER 13 STANDING TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| CARMEN L. CONSTANTINOPLE, JR. and DONNA M. CONSTANTINOPLE<br>23 POMONA DRIVE<br>BARNEGAT, NJ 08005 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 28, 2023    <u>/S/ KELLY MASTANDREA</u>
Kelly Mastandrea