| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980 | **Order Filed on May 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**CARMEN L. CONSTANTINOPLE, JR.**<br>**DONNA M. CONSTANTINOPLE**<br><br>**Debtor(s)** | Case No.: 19-24822/CMG<br><br>Adv. No.:<br><br>Hearing Date: 05/3/23<br><br>Judge: CMG |

### ORDER ON MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT CERTIFICATE & CERTIFICATION IN SUPPORT OF DISCHARGE FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor: Carmen L. Constantinople & Donna M. Constantinople
Case No.: 19-24822/CMG
Caption of Order: Order on Motion for Exemption

---

Upon consideration of Brian S. Thomas' Motion for an Order for Exemption, and good cause appearing therefore, it is hereby **ORDERED** that the Motion Seeking to Exempt Carmen Constantinople from Obtaining a Financial Management Certificate in hereby granted.

It is further hereby **ORDERED** that the requirement that the debtor, Carmen Constantinople sign a Certification in Support of Discharge is hereby waived.