| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980 | Order Filed on May 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**CARMEN L. CONSTANTINOPLE, JR.**<br>**DONNA M. CONSTANTINOPLE**<br><br>               **Debtor(s)** | Case No.: 19-24822/CMG<br><br>Adv. No.:<br><br>Hearing Date: 05/3/23<br><br>Judge: CMG |

## ORDER ON MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT CERTIFICATE & CERTIFICATION IN SUPPORT OF DISCHARGE FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 3, 2023**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Carmen L. Constantinople & Donna M. Constantinople
Case No.: 19-24822/CMG
Caption of Order: Order on Motion for Exemption

Upon consideration of Brian S. Thomas' Motion for an Order for Exemption, and good cause appearing therefore, it is hereby **ORDERED** that the Motion Seeking to Exempt Carmen Constantinople from Obtaining a Financial Management Certificate in hereby granted.

It is further hereby **ORDERED** that the requirement that the debtor, Carmen Constantinople sign a Certification in Support of Discharge is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:  
Carmen L. Constantinople, Jr.  
Donna M. Constantinople  
    Debtors

Case No. 19-24822-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 04, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carmen L. Constantinople, Jr., Donna M. Constantinople, 23 Pomona Drive, Barnegat, NJ 08005-2511 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian S. Thomas | on behalf of Debtor Carmen L. Constantinople Jr. brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Donna M. Constantinople brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation as servicer for Nissan-Infiniti LT bk@stewartlegalgroup.com |
| Jill Manzo | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 04, 2023 | Form ID: pdf903 | Total Noticed: 1

Jill Manzo
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9