# STATE OF NEW JERSEY

# CERTIFICATE OF DEATH

**STATE FILE NUMBER**
20220077229

**DECEASED NAME**
CARMEN L CONSTANTINOPLE

**DATE OF BIRTH**
07/19/1959

**SEX**
MALE

**DATE OF DEATH**
12/20/2022

**PLACE OF DEATH**
STAFFORD TOWNSHIP

**COUNTY OF DEATH**
OCEAN

**RESIDENCE ADDRESS**
23 POMONA DRIVE

**SOCIAL SECURITY NUMBER**
[redacted]

**MUNICIPALITY OF RESIDENCE**
BARNEGAT TOWNSHIP

**COUNTY OF RESIDENCE**
OCEAN

**DOMESTIC STATUS**
MARRIED

**SURVIVING SPOUSE/PARTNER**
(Name given at birth or on birth certificate)
DONNA M CATRAMBONE

**MANNER OF DEATH:** NATURAL

**CAUSE OF DEATH:**
ASPIRATION PNEUMONIA
LUNG MASS

**DATE ISSUED:** DECEMBER 22, 2022

**DATE FILED WITH REGISTRAR:** 12/21/2022         **AMENDED DATE:**

**ISSUED BY:**
New Jersey Department of Health, Office of Vital Statistics and Registry

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*

Tiffany Drennon
Acting State Registrar
Office of Vital Statistics and Registry

REG-42A
NOV 22




THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED

