| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980 | Order Filed on May 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**CARMEN L. CONSTANTINOPLE, JR.**<br>**DONNA M. CONSTANTINOPLE**<br><br>**Debtor(s)** | Case No.: 19-24822/CMG<br><br>Adv. No.:<br><br>Hearing Date: 03/15/23<br><br>Judge: CMG |

### ORDER ON MOTION TO REDACT EXHIBIT (PART 2) OF <u>DOCKET #84</u>, MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT CERTIFICATE, CERTIFICTION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: May 17, 2023**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**Page 2**
Debtor: Carmen L. Constantinople & Donna M. Constantinople
Case No.: 19-24822/CMG
Caption of Order: Order on Motion to Redact

---

Upon consideration of Brian S. Thomas' motion for an Order to Redact, and good cause appearing therefore, it is hereby **ORDERED** that the Exhibit (Part 2) of Debtor's Motion for Exemption of Financial Management Certificate and Certification in Support of Discharge (Docket No. 84 filed on March 31, 2023) is hereby granted and said Exhibit shall be redacted from the Court's docket.